Damous D. NETTLES, Petitioner–Appellant,

v.

Randy GROUNDS, Warden, Respondent–Appellee.

No. 12–16935.

United States Court of Appeals, Ninth Circuit.

Jan. 20, 2016.

John Paul Balazs, Law Offices of John P. Balazs, Sacramento, CA, for Petitioner–Appellant.

Phillip Lindsay, Esquire, Office of the Attorney General, San Diego, CA, for Respondent–Appellee.

### ORDER

THOMAS, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35–3. The three-judge panel

opinion shall not be cited as precedent by or to any court of the Ninth Circuit.